UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61459-CIV-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                      **FINAL JUDGMENT**

PAUL WRUBLESKI and
SUE BALDWIN, in her official
capacity as DIRECTOR OF
COUNTY RECORDS, BROWARD
COUNTY, FLORIDA

       Defendants,

and

PAUL WRUBLESKI,

       Counter-Plaintiff,
vs.

UNITED STATES OF AMERICA,

       Counter-Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff/Counter-Defendant United States of America's Motion To Dismiss Counterclaim (DE 13) and Plaintiff/Counter-Defendant United States of America's Motion For Judgment On The Pleadings (DE 15). For the reasons expressed in this Court's Order granting said Motions, entered separately, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is

    **ORDERED AND ADJUDGED** as follows:

1. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff/Counter-Defendant United States of America and against Defendant/Counter-Plaintiff Paul Wrubleski on the Counterclaim filed herein (DE 6). Defendant/Counter-Plaintiff shall take nothing by this

action and Plaintiff/Counter-Defendant shall go hence without day;

2. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff/Counter-Defendant United States of America and against Defendant/Counter-Plaintiff Paul Wrubleski and Defendant Sue Baldwin on the Complaint filed herein (DE 1) as follows:

3. The "Affidavit for Notice of Appointment of Fiduciary" filed in Broward County, Florida, on August 8, 2006, by Paul Wrubleski appointing Kenneth A. Hochman as fiduciary be and the same is **DECLARED** null, void, and of no further force or effect;

4. Defendant Sue Baldwin, in her official capacity as the Director of County Records for Broward County, Florida, be and the same is hereby **DIRECTED** to note the nullity of or otherwise expunge from the public records of the County Records for Broward County, Florida, the "Affidavit for Notice of Appointment of Fiduciary" detailed above in Paragraph 3; and

5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Paul Wrubleski, pro se
1588 Zenith Way
Weston, FL 33327